# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Coastal Federal Credit Union, Respondent,

v.

Angel Latoria Brown, Petitioner.

Appellate Case No. 2016-002124

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

---

Opinion No. 27799
Heard April 19, 2018 – Filed May 16, 2018

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Matthew M. Billingsley and J. Edwin McDonnell, both
of South Carolina Legal Services, of North Charleston,
for Petitioner.

David P. Nanney, Jr., and Sarah Dalonzo-Baker, both of
Kirschbaum Nanney Keenan & Griffin, PA, of Raleigh,
for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Coastal Federal Credit Union v. Brown*, 417 S.C. 544, 790 S.E.2d 417 (Ct. App. 2016).  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**